

**Queens Office**
84-03 Cuthbert Rd. Suite 1B
Kew Gardens, NY 11415
Office: 718.554.6445
Fax: 718.717.7486
Email: Office@Scolnicklaw.com

**Manhattan Office**
30 Wall Street, 8th Floor
New York, NY 10005
Office: 212.709.8339
Fax: 718.717.7486
Email: Office@Scolnicklaw.com

LAW OFFICE OF
MARC SCOLNICK P.C.
Attorneys & Counselors at Law

1014 Kenmore Blvd
Akron, Ohio 44314
Office: 330.880.9565
Fax: 330.800.2085
Email: Office@Scolnicklaw.com

*Marc Scolnick Esq.
Founder
*Lic: NY, NJ, OH

December 18, 2023
*Via ECF*
Hon. Mag. Judge Robert W. Lehrburger
U.S. District Court Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/2023
```

**Re:**      *Altaune Brown v. Essex Convenience Corp., Shahnaz Essex, LLC and Mark Essex, LLC,*
**Docket #:**   1:23-cv-8419

Dear Honorable Mag. Judge Robert W. Lehrburger

    This Office represents the Defendant, ESSEX CONVENIENCE CORP., I am writing to request an adjournment of the initial conference scheduled for January 10, 2024, at and an extension for filing a responsive pleading to the Complaint filed by Plaintiff, because Defendant is compiling records and other documents which pertain to the answer.

    Here, the Defendant respectfully request the date to file be extended to January 17, 2024, with the Defendant, ESSEX CONVENIENCE CORP waiving personal jurisdiction defenses. This is the Defendant's first request for an extension for response to file an answer. The Defendant obtained the Plaintiff's consent to the requested extension.

    Per the Court's individual part rules, this request for an adjournment we must provide multiple dates that all parties are available After conferring with counsel, the parties, through their counsel, are available on the following dates for the initial conference.: January 17, 2024, February 7, 2024, or February 14, 2024.

    Thank you in for your attention and consideration to this matter.

Respectfully Submitted,

Law Office of Marc Scolnick P.C.

*/s/ Marc Scolnick*
Marc Scolnick, Esq.
*Attorneys for Defendant – Essex Convenience Corp.*

Granted; and the Initial Pretrial Conference will be rescheduled.

SO ORDERED:
12/27/2023  /s/ Robert W. Lehrburger
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**CC via ECF:**
The Marks Law Firm, PC
Attn: Bradly G. Marks, Esq.
155 E 55th Street, Suite 4H
New York, NY 10022
T: (646) 770-3775
F: (646) 770-2639
Brad@markslawpc.com

Adam B. Dressler, Esq.
190 Jericho Tpke.,
Mineola, N.Y. 11501
T: (212) 239-1061
F: (516) 441-3538
Adressler@dresslerfirm.com